UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN WILLEY, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>AMPLITUDE INC.,<br><br>          Defendant. | Case No. 1:24-cv-7577-ER<br><br>Hon. Edgardo Ramos |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Federal Rule of Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Chang voluntarily dismisses her claim in this action without prejudice against Defendant.

Dated: December 5, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Yitzchak Kopel*
          Yitzchak Kopel

Yitzchak Kopel
Max S. Roberts
Caroline C. Donovan
Victoria X. Zhou
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email: ykopel@bursor.com
          mroberts@bursor.com
          cdonovan@bursor.com

vzhou@bursor.com

*Attorneys for Plaintiff*